# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARIQ HOFFMAN, a/k/a URK, | No. 4:20-CV-0790 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN E. BRADLEY, USP-CANAAN, | |
| Respondent. | |

## ORDER

### JUNE 4, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. §2241, is **DISMISSED** for lack of jurisdiction without prejudice to Petitioner's right to seek relief in the sentencing court.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge